IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RODERICK WAYNE WILLIS, | : |
| Plaintiff, | : |
| vs. | : Civil Action File No. |
| | : **7:02-CV-05 (HL)** |
| Warden STEVE LEWIS, et al., | : |
| Defendants. | : |

_____

## RECOMMENDATION

The undersigned ordered plaintiff to provide an address for defendants Dr. Asaad and Nurse Webb in order to perfect service upon them by order dated September 1, 2004. The undersigned gave plaintiff sixty days in which to provide such addresses and also warned plaintiff that failure to do so could result in their dismissal from this action. Plaintiff failed to respond to the order, and service has not been perfected upon defendants Asaad and Webb. It is therefore the RECOMMENDATION of the undersigned that these defendants be DISMISSED from this lawsuit without prejudice pursuant to Federal Rules of Civil Procedure Rule 4(m).

**SO RECOMMENDED**, this 15th day of June, 2005.

//S Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

msd