**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA  DIVISION**

|  |  |  |
|---|---|---|
| **RODERICK WAYNE WILLIS,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CASE NO. 7:02-CV-05(HL)** |
| | : | |
| | : | |
| **Warden STEVE LEWIS, et al,** | : | |
| **Defendants** | | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**


The Recommendation of the United States Magistrate Judge (Doc. 56) filed June 15,  2005  has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation by the plaintiff within the allotted time.

**SO ORDERED,** this the 7th day of July, 2005.


**s/ Hugh Lawson**
**HUGH LAWSON, Judge**
**United States District Court**