IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |  |
|---|---|---|
| RODERICK WAYNE WILLIS, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:02-CV-5 (HL) |
| | : | |
| Warden STEVE LEWIS, et al, | : | |
| | : | |
| Defendants | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 63) filed September 7, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiff to the Magistrate Judge's Recommendation within the allotted time.

**SO ORDERED,** this the 28th day of September, 2005.

                                                   **s/ Hugh Lawson**
                                                 **HUGH LAWSON, Judge**
                                                 **United States District Court**